STATE OF CONNECTICUT *v.* MARK TORWICH

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 306 (AC 13522), is denied.

*Mary Miller Haselkamp*, assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, assistant state's attorney, in opposition.

Decided September 13, 1995

ERCOLE CASSELLA *v.* BETH A. KLEFFKE

The plaintiff's petition for certification for appeal from the Appellate Court, 38 Conn. App. 340 (AC 13199), is denied.

*Dale W. Radcliffe*, in support of the petition.

*Robert J. Oliver* and *David J. Crotta, Jr.*, in opposition.

Decided September 13, 1995

STATE OF CONNECTICUT *v.* EDWARD R. SHERMAN

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 371 (AC 13649), is denied.

*Daniel F. Sullivan* and *John W. Steinmetz*, in support of the petition.

*C. Robert Satti, Sr.*, special assistant state's attorney, in opposition.

Decided September 13, 1995